**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **MOHAMMAD AMIN ABBASZADEH SARDEHAEI**, <br><br> Plaintiff, <br><br> v. <br><br> **MARCO A. RUBIO**, *in his official capacity as U.S. Secretary of State*, *et al.*, <br><br> Defendants. | Case No. 1:25-cv-1786 (TNM) |

**ORDER**

Plaintiff Mohammad Amin Abbaszadeh Sardehaei initially was ordered to respond by September 11, 2025, to Defendants' Motion to Dismiss. Order, ECF No. 8. Plaintiff was warned that his failure to respond by the deadline might result in dismissal of the case. *Id.* As of the date of this Order, Plaintiff still had not filed a response or sought additional time in which to file.

"A dismissal for failure to prosecute may be ordered by the Court upon motion by an adverse party, or upon the Court's own motion." LCvR 83.23. "This rule essentially embodies the standard of Rule 41(b) of the Federal Rules of Civil Procedure, which allows a district court to dismiss an action for failure to prosecute." *Cavezza v. Dep't of Justice*, 2015 WL 4938679, at *1 (D.D.C. Aug. 19, 2015) (quoting *Smith-Bey v. Cripe*, 852 F.2d 592, 593 (D.C. Cir. 1988)).

Accordingly, it is ordered that Defendant's Motion to Dismiss, ECF No. 6, is granted as conceded, and this case is dismissed without prejudice.

2025.09.29
09:23:20 -04'00'

Dated: September 29, 2025

TREVOR N. McFADDEN
United States District Judge